■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LOUIS LUGO, Appellant. — Judgment, Supreme Court, New York County (Scott, J.), rendered on January 20, 1981, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur — Kupferman, J. P., Sandler, Sullivan, Ross and Lynch, JJ.

■ SCARBURGH COMPANY, INC., Appellant, v AMERICAN MANUFACTURERS MUTUAL INSURANCE COMPANY, Respondent. — Order, Supreme Court, New York County (Wallach, J.), entered on February 17, 1982, unanimously affirmed for the reasons stated by Wallach, J., at Trial Term. Respondent shall recover of appellant $75 costs and disbursements of this appeal. Concur — Sandler, J. P., Carro, Asch and Silverman, JJ.

■ IRA D. MANDELBERG et al., Appellants, v GETTY OIL COMPANY (EASTERN OPERATIONS), INC., et al., Respondents. — Judgment, Supreme Court, New York County (Bryant, J.), entered on September 3, 1981, unanimously affirmed, without costs and without disbursements. The appeal from the order of said court entered on September 3, 1981, unanimously affirmed, without costs and without disbursements. The appeal from the order of said court entered on September 3, 1981 is dismissed as being superseded by the appeal from the judgment, without costs and without disbursements. No opinion. Concur — Kupferman, J. P., Markewich, Bloom and Milonas, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYMOND FLATE, Appellant. — Judgment, Supreme Court, New York County (Lang, J.), rendered on June 22, 1981, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur — Kupferman, J. P., Markewich, Bloom and Milonas, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN ORTIZ, Appellant. — Judgment, Supreme Court, New York County (Altman, J.), rendered on June 25, 1980, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur — Kupferman, J. P., Markewich, Bloom and Milonas, JJ.